UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUNG KING RECORDS, INC., | |
| Plaintiff, | Civil Action |
| v. | No. |
| MARQUISE BROWN AND JOHN DOES 1-3, BLACKOUT ENTERTAINMENT, LLC, | |
| Defendants. | |

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Comes now, Plaintiff Young King Records, Inc (hereinafter Young King), by and through undersigned counsel alleges:

1. The Plaintiffs brings this action under a breach of contract and complete diversity. Plaintiff Young King Records is incorporated in Jefferson County, AL and Defendant Marquise Brown is a resident of Fulton County Georgia. If the Plaintiffs were to prevail in the case the amount in controversy is in excess of $5,000,000.

## JURISDICTION AND VENUE

2. This court has subject matter jurisdiction pursuant to 28 U.S.C §1332.

3. Venue is proper in this district under 28 U.S.C. §1391(b)(1) and (c)(1).

1

## PLAINTIFF

4. Young King Records is a record label that was incorporated in Jefferson County, Alabama for the purpose of managing and developing musicians. Plaintiffs entered into a contract with Defendant Marquise Brown on September 11, 2020. See Exhibit A, Agreement Excerpts.  As part of the agreement, Defendant Brown granted Defendant Young King Records exclusive rights to the administration of his compositions.  *Id*. In accord with Fed. R. Civ. P. 65(a)(1), Defendants have notified Defendant's attorney of their request for emergency injunctive relief, and Defendant's Blackout Entertainment, LLC attorney opposes.  Defendant Brown also opposes the relief requested.

## DEFENDANTS

5. Defendant Marquise Brown (hereinafter Artist) a resident of Fulton County, Georgia. Defendant Blackout Entertainment, LLC (hereinafter Blackout), is a business that is based in Milwaukee, Wisconsin. It is important to note that the members of Blackout are relatives of the Artist.

## ARTIST'S BREACH OF CONTRACT

6. As stated above the Artist entered into a contract with the Plaintiff on September 11, 2020. Blackout is advertising on social media that it is releasing music by Defendant Marquise Brown soon and has informed Defendants that the release would be this Friday, January 21, 2022.   Blackout does not have

authorization from Defendants to do so.  In fact, Defendants' interference with the contract between Artist and Plaintiff has caused the Defendant to postpone and/or cancel a record deal worth approximately $5,000,000.

7. Furthermore, there is a pending case before the court in which the Plaintiffs have not been served and to date the Plaintiff is unaware of any attempts to perfect service only a request to waive service (1:21-cv-05093-WMR).

## DEFENDANT'S BLACKOUT BREACH OF CONTRACT

8. Plaintiff reincorporates the counts 1-7.

9. Prior to initiating the above-mentioned lawsuit, Defendant was aware of the existence of Plaintiffs' contract with Artist, and never questioned its legitimacy nor mentioned the existence of a superseding contract.  *See* Exhibit B, Communication. On the contrary, Plaintiff had always held itself out to Defendants to be Defendant Brown's manager, nothing more.  *See* Exhibit C, Managing Agreement; Communications.  Plaintiff had no knowledge of any other role by Blackout vis a vis Artist.  Young King have reason to believe that the agreement Defendant Blackout claims to have with Defendant Brown is a fraudulent attempt at circumventing Defendants' rightful exercise of exclusivity over Defendant Brown's music.

10. Furthermore, Defendants are aware of the locations of Plaintiff and have either decided not to serve them or delay service as a strategy to release the

3

Defendant's Brown music.   If the Plaintiff were to waive service, this would eliminate defenses plaintiffs could use once properly served.

## **PRAYER FOR RELIEF**

Defendants have rejected Plaintiff's attempts at preserving the status quo while this lawsuit is pending.   Plaintiff have shown their entitlement to the injunctive relief they seek, as explained in this Compliant and its supporting documents.   Therefore, Plaintiffs respectfully ask this Court for a temporary restraining order and preliminary injunction as follows:

1. Restraining Defendants, their agents, employees, and any other entities under their control, to release any music by Defendant Marquise Brown or otherwise exercise any of the rights conferred to Defendants pursuant to the January 2021 Contract;

2. Ordering Defendants to show cause as soon as is practicable why the temporary restraining order should not persist through the duration of the pending action before the court.

Respectfully submitted,

Dated:   January 21, 2022   s/ Alex O. Mitchell
Alex O. Mitchell, Esq. (Bar # 209945)
Cumberland Law Group, LLC
400 Galleria Parkway, Suite 1500
Atlanta, GA 30339
Email: info@cumberlandlawatlanta.com

Phone: (678) 383-5953
Fax: (678) 503-2698
ATTORNEY FOR PLAINTIFFS
YOUNG KING RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUNG KING RECORDS, INC., , <br><br> Plaintiffs, <br><br> v. <br> MARQUISE BROWN AND <br> JOHN DOES 1-3, <br> BLACKOUT ENTERTAINMENT, <br> LLC, <br><br> Defendants. | Civil Action <br><br> No. |

I certify that a copy of the foregoing Complaint for Temporary Restraining Order and Preliminary Injunction was served upon Defendant via its attorney via electronic filing and/or email Requested to:

Von A. DuBose, Esq.
DUBOSE MILLER LLC
75 14th St. NE, Suite 2110
Atlanta, GA 30309

And to Defendant Marquise Brown via his attorney via U.S.P.S. Certified Mail/Return Receipt Requested to:

[address]

Respectfully submitted,

Dated:   January 21, 2022      s/ Alex O. Mitchell
                               Alex O. Mitchell, Esq. (Bar # 209945)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUNG KING RECORDS, INC.,<br><br>Plaintiffs,<br><br>v.<br>MARQUISE BROWN AND<br>JOHN DOES 1-3,<br>BLACKOUT ENTERTAINMENT,<br>LLC,<br><br>Defendants. | Civil Action<br><br>No. |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65, the Court **GRANTS** Plaintiffs Young King Records, Inc., Complaint for a temporary restraining order and temporarily ENJOINS Defendant Blackout Entertainment, LLC, and Defendant Marquise Brown their agents, employees, and any other entities under their control, from releasing any music by Defendant Marquise Brown or otherwise exercise any of the rights conferred to Defendants pursuant to the January 2021 Contract.

This Order is to remain in force for the pendency of the lawsuit.

By: _____
HONORABLE_____